# United States District Court

## For The
## District of New Jersey

UNITED STATES OF AMERICA

    V.                                                                        Crim. No.  2:99-CR-662-001

Alonzo Maldonado

On April 19, 2000, the above named was sentenced to 60 months incarceration and five years supervised release. The supervised releasee began his term of supervised release on September 10, 2003. The supervised releasee has complied with the rules and regulations of supervised release and is no longer in need of community supervision. It is accordingly recommended that the supervised releasee be discharged from supervised release.

Respectfully submitted,

U.S. Probation Officer
Kevin M. Villa

## ORDER OF THE COURT

Pursuant to the above report, it is ordered that the supervised releasee be discharged from supervised release and that the proceedings in the case be terminated.

Dated this _____ Day of _____, 2007.

Honorable Katherine S. Hayden
United States District Judge